Submitted on record and brief May 30, reversed June 20, 1978

DANIEL HARVEY, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY, *Respondent.*

(No. 10-77-187, CA 10002)

579 P2d 905

■■■■■■■■■■■■■■■■■■■■■■■■■■■

Gary D. Babcock, Public Defender, and James E. Mountain, Jr., Deputy Public Defender, Salem, filed the brief for petitioner.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

The respondent confesses error. Reversed.